**Order entered August 25, 2020**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00088-CR**
**No. 05-20-00089-CR**
**No. 05-20-00090-CR**
**No. 05-20-00091-CR**
**No. 05-20-00092-CR**
**No. 05-20-00093-CR**

**JOSHUA JEFF BARRIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070006 Cts. 1-6**

### ORDER

Before the Court are appellant's August 20, 2020 second motions for an extension of time to file his brief in the above appeals. We **GRANT** the motions and **ORDER** appellant's brief due on September 11, 2020.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE